```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                  SOUTHERN DIVISION
```

CURTIS HARRISON,                    :
                                    :
    Plaintiff,                      :
                                    :
vs.                                 :   CIVIL ACTION 06-0244-BH-M
                                    :
JACK B. WEAVER,                     :
                                    :
    Defendant.                      :

<u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

**DONE** this 3rd day of August, 2006.

                                                 s/ W. B. Hand
                                     SENIOR DISTRICT JUDGE